Arrest on Out-of-District Offense

# *UNITED STATES DISTRICT COURT*

2008 JAN -9 AM 11:56

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

BY [signature] DEPUTY

Magistrate Case Number '08 MJ 0065

The person charged as Jordan William King now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the ______ District of South Dakota (Central Division) with Conspiring to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21 USC 841(A)(1) and 846 / Conspiracy to Distribute/Possess WID Controlled Substances: to wit Methamphetamine and Marijuana.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 1/8/08.

[signature]
Natalie Lambert, Special Agent

FBI
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 1/9/08

[signature]
Assistant United States Attorney

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

FILED
DEC 1 9 2007
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-30119 |
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE |
| CHAD HEIN, JORDAN KING, and DIANNE KING, | |
| Defendants. | 21 U.S.C. §§ 841(a)(1) and 846 |

The Grand Jury Charges:

COUNT I

On or about between the 1st day of August, 2006, and the 14th day of April, 2007, in the District of South Dakota and elsewhere, Chad Hein, Jordan King, and Dianne King did knowingly and intentionally combine, conspire, confederate and agree together with each other and others, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

COUNT II

On or about between the 1st day of January, 2001, and the 6th day of July, 2007, in the District of South Dakota and elsewhere, Chad Hein, Jordan King, and Dianne King did

knowingly and intentionally combine, conspire, confederate and agree together with each other and others, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL

Foreperson

MARTY J. JACKLEY
United States Attorney

By

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## District of South Dakota
## Central Division

UNITED STATES OF AMERICA
v.
JORDAN KING

**WARRANT FOR ARREST**

Case Number: CR07-30119

To: The United States Marshal
and any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jordan King** and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [] Information [] Complaint [] Order of Court [] Violation Notice [] Probation Violation Petition

Charging him or her with

Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance

in violation of 21:841(a)(1) and 846

Susan Neeman
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

December 26, 2007 at Pierre, SD
Date and Location

Bail fixed at $________________

By________________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ________________ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |