# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Jordan William King No. 08mj65-POR

HON. Louisa S. Porter Tape No. POR08-1:15:02-15:05(3m)

Asst. U.S. Attorney Sabrina Feve PTSO N/A

| | | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|---|
| Atty | Martha McNab Hall | X | Apt | | Ret | for | King | (1) | (R) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt for Material Witness(es) | | | | | | |

PROCEEDINGS: ___ In Chambers X In Court ___ By Telephone

Waiver of Removal Hearing Filed.
Defendant ordered removed to the District of South Dakota.
Order of removal filed.

Date 01/24/2008

R. F. Messig [initials]
Deputy's Initials