FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>**JORDAN WILLIAM KING,**<br>Defendant. | Magistrate Case No. **08MJ0065**<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not in Custody)** |

An indictment having been filed in the District of South Dakota (Central Division), charging defendant **JORDAN WILLIAM KING** with conspiring to distribute and possess with intent to distribute a controlld substance, in violation of Title 21 , United States Code, Sections 846 and 841(a)(1). Defendant **JORDAN WILLIAM KING** was arrested on January 8, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **JORDAN WILLIAM KING** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **JORDAN WILLIAM KING**, appear before United States Magistrate Judge Mark A. Moreno, 225 South Pierre Street, 4th Floor, Pierre, South Dakota 57501 on Friday, February 1, 2008 at 1:15 p.m. for further proceedings.

Dated: 1/24/08

**HONORABLE LOUISA S. PORTER**
United States Magistrate Judge
**Southern District of California**